**E-FILED on** 9/17/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOYCE D. DURHAM, JOSEPH D. BROWNING, BEVERLY FAIR, individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIVE NATION WORLDWIDE, INC., (sued as Live Nation, Inc. and SFX Entertainment), CITY OF MOUNTAIN VIEW, CALIFORNIA<br><br>    Defendants. | No. C-09-03479 RMW<br><br><br>ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS<br><br>**[Re Docket No. 11]** |

Pursuant to the stipulation of the parties, the hearing on defendants' motion to dismiss is hereby continued to October 30, 2009 at 9:00 a.m, unless the parties reach an agreement to permit the filing of a further amended complaint prior to that date. The court's preliminary impression is that the complaint, as presently pleaded, does not state facts supporting any claim for relief, and the court would be inclined to grant plaintiffs a further opportunity to amend. Accordingly, the court encourages the parties to stipulate to the filing of an amended complaint, to which the defendants may respond as they deem appropriate.

DATED:    9/17/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

Emilie Anne Smith
Email: emiliesmith@paulhastings.com

Bradford Korey Newman
Email: bradfordnewman@paulhastings.com

**A copy of this document has been mailed to:**

**Counsel for Plaintiffs:**

DeWitt Lacy
Email: witt@dlesq.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**  9/17/09                                              TER
                                                                    **Chambers of Judge Whyte**