DEWITT M. LACY (SBN 258789)
LAW OFFICES OF DEWITT M. LACY
2 Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2066
Facsimile: (415) 512-2001
Email: witt@dlesq.com

E-Filed 10/8/09

Attorney for Plaintiffs
JOYCE D. DURHAM, JOSEPH D. BROWNING and BEVERLY FAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOYCE D. DURHAM, JOSEPH D. BROWNING, BEVERLY FAIR, individuals,<br><br>            Plaintiffs,<br><br>    v.<br><br>LIVE NATION WORLDWIDE, INC., CITY OF MOUNTAIN VIEW, CALIFORNIA,<br><br>            Defendants. | Case No. 5:09-cv-03479-RMW<br><br>**STIPULATION CONSENTING TO PLAINTIFFS' FILING OF AMENDED COMPLAINT AND [PROPOSED] ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

1.     WHEREAS Live Nation Worldwide, Inc., and City of Mountain View, "Defendants" removed this case to the United States District Court, Northern District of California on July 28, 2009; and

2.     WHEREAS Defendants and Joyce D. Durham, Joseph D. Browning and Beverly Fair (collectively "Plaintiffs") stipulated to a continuance of the hearing on Defendants' Motion to Dismiss, and the Court in its Order of September 17, 2009 continued that hearing until October 30, 2009;

3.     WHEREAS Plaintiffs' filed an Application For Leave to File a Late Brief in opposition to Defendants' Motion to Dismiss on September 17, 2009;

4.     WHEREAS the Court in its Order of September 17, 2009 encouraged the parties to stipulate to the filing of an amended complaint, to which Defendants may respond as they deem appropriate;

5.     THEREFORE, pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties stipulate to the Plaintiffs' filing of an Amended Complaint no later than October 9, 2009. Accordingly, the parties respectfully request that the Court allow Defendants to respond to the Amended Complaint as they deem appropriate no later than November 9, 2009. The parties also respectfully request that the Court vacate the hearing set for October 30, 2009 in relation to Defendants' Motion to Dismiss.

Dated: October 7, 2009                          LAW OFFICES OF DEWITT M. LACY

                                                By: _/s/ DeWitt M. Lacy_____
                                                    DeWitt M. Lacy
                                                    Attorney for Plaintiffs
                                                    JOYCE D. DURHAM, JOSEPH D.
                                                    BROWNING and BEVERLY FAIR

1  
2  Dated: October 7, 2009                           PAUL, HASTINGS,
3                                                                     JANOFSKY & WALKER, LLP
4                                                           By: __/s/ Maureen O'Neill_____
5                                                                     MAUREEN O'NEILL
                                                                        Attorneys for Defendants
6                                                                     LIVE NATION WORLDWIDE, INC. and
                                                                        CITY OF MOUNTAIN VIEW,
7                                                                     CALIFORNIA
8
9
10
11     IT IS SO ORDERED.
12  Dated:  10/8/09                               _/s/ Ronald M. Whyte_____
13                                                                  Honorable Ronald M. Whyte
                                                                      UNITED STATES DISTRICT COURT JUDGE
14