PAUL, HASTINGS, JANOFSKY & WALKER LLP
MAUREEN E. O'NEILL (SB# 262090)
OWEN C. FENNERN (SB# 259917)
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Defendants
Live Nation Worldwide, Inc. and
City of Mountain View, California

***E-FILED - 12/3/09***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOYCE D. DURHAM, JOSEPH D. BROWNING, BEVERLY FAIR, individuals, et al.,

Plaintiffs,

vs.

LIVE NATION WORLDWIDE, INC., CITY OF MOUNTAIN VIEW, CALIFORNIA,

Defendants.

CASE NO. 5:09-CV-03479-RMW

**STIPULATION AND** xxxxxxxxxxxxx **ORDER TO ENLARGE TIME AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES TO LATER DATES**

Pursuant to this Court's Civil Local Rules 6-1(b) and 6-2, plaintiffs Joyce D. Durham, Joseph D. Browning, and Beverly Fair ("Plaintiffs"), and defendants Live Nation Worldwide, Inc. and City of Mountain View, California ("Defendants"), acting through their respective counsel of record, hereby stipulate to enlarge time and continue the December 4, 2009 Initial Case Management Conference and corresponding deadlines. The parties stipulate and propose that the Initial Case Management Conference be continued to March 5, 2010, and that the Case Management Statement, Rule 26(f) Report, and Rule 26(a) initial disclosures be filed on or before February 26, 2010.

This is the first enlargement of time sought with respect to the Initial Case Management Conference and its corresponding deadlines. The enlargement will change the date of the December 4, 2009 Initial Case Management Conference previously specified in the August 6, 2009 Clerk's Notice of Impending Reassignment to a United States District Judge.

As set forth in more detail in the declaration of Maureen E. O'Neill, filed contemporaneously herewith, the parties seek this enlargement of time because, since the time the Court issued its original scheduling order: (1) the Defendants filed a motion to dismiss, (2) the parties stipulated to the filing of a Second Amended Complaint, (3) the parties engaged in mediation and subsequent settlement discussions, which unfortunately did not result in a settlement of this dispute, and (4) the Defendants filed an Answer to the Second Amended Complaint. An enlargement of time will allow the parties sufficient time to engage in the meet and confer discussions necessary to prepare the required documents and appear before the Court at the Initial Case Management Conference.

This stipulation may be executed in counterpart, and facsimile or PDF signatures shall be deemed to have the same effect as originals.

11/24/2009 17:31 4155122001 GONZALEZLEIGH PAGE 04/05

DATED: November _____, 2009

PAUL, HASTINGS, JANOFSKY & WALKER LLP
MAUREEN E. O'NEILL
OWEN C. FENNERN

By: ______________________
MAUREEN E. O'NEILL

Attorneys for Defendants
Live Nation Worldwide, Inc.,
City of Mountain View, California

DATED: November 24, 2009

LAW OFFICES OF DEWITT M. LACY

BY: ______________________
DEWITT M. LACY

Attorney for Plaintiffs
Joyce D. Durham, Joseph D. Browning and Beverly Fair

-3-

STIPULATION AND [XXXXXXXX] ORDER TO ENLARGE TIME

CASE NO. 5:09-CV-03479-RMW

DATED: November 24, 2009

PAUL, HASTINGS, JANOFSKY & WALKER LLP
MAUREEN E. O'NEILL
OWEN C. FENNERN

By: /S/
MAUREEN E. O'NEILL

Attorneys for Defendants
Live Nation Worldwide, Inc.,
City of Mountain View, California

DATED: November _____, 2009

LAW OFFICES OF DEWITT M. LACY

BY:______________________________
DEWITT M. LACY

Attorney for Plaintiffs
Joyce D. Durham, Joseph D. Browning and Beverly Fair

11/24/2009 17:31 4155122001 GONZALEZLEIGH PAGE 05/05

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: ~~xxxxxxxx~~ December 3, 2009

Ronald M. Whyte
HONORABLE RONALD M. WHYTE

-4-

STIPULATION AND [XXXXXXXX] ORDER TO ENLARGE TIME

CASE NO. 5:09-CV-03479-RMW