PAUL, HASTINGS, JANOFSKY & WALKER LLP
MAUREEN E. O'NEILL (SB# 262090)
OWEN C. FENNERN (SB# 259917)
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Defendants
Live Nation Worldwide, Inc. and
City of Mountain View, California

*E-FILED - 3/4/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOYCE D. DURHAM, JOSEPH D. BROWNING, BEVERLY FAIR, individuals, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LIVE NATION WORLDWIDE, INC., CITY OF MOUNTAIN VIEW, CALIFORNIA, <br><br> Defendants. | CASE NO. 5:09-CV-03479-RMW <br><br> **STIPULATION AND [xxxxxxxxxxx ORDER FOR PLAINTIFFS' FILING OF THIRD AMENDED COMPLAINT, AND REMAND OF ACTION TO SANTA CLARA COUNTY SUPERIOR COURT** |

LEGAL_US_W # 63874480.5

I. **THIRD AMENDED COMPLAINT**

A. **Causes of Action**

Plaintiffs will file, without objection from Defendant Live Nation Worldwide, Inc. ("Live Nation"), a Third Amended Complaint alleging the following causes of action: (1) Violation of Unruh Act – Disability; (2) Violation of Unruh Act – Race; (3) Negligence; (4) Intentional Infliction of Emotional Distress; (5) Negligent Hiring, Training, Supervision and Discipline. Attached as Exhibit A is plaintiffs' Third Amended Complaint.

B. **Dismissal of the City of Mountain View**

Plaintiffs will dismiss the City of Mountain View from this action with prejudice.

C. **Dismissal of Tim Anderson and Tonya Suter**

1. Plaintiffs will dismiss individual defendants Tim Anderson and Tonya Suter without prejudice.

2. In exchange for dismissing individual defendants Tim Anderson and Tonya Suter without prejudice, Live Nation agrees that each side will bear its own costs and fees in regard to Tim Anderson and Tonya Suter, and it agrees that it will not pursue any malicious prosecution claims against plaintiffs and their former or present attorneys. This agreement shall be limited to the prior inclusion of Tim Anderson and Tonya Suter as individual defendants. In the event that plaintiffs join Tim Anderson and/or Tonya Suter as individual defendants in the future, Live Nation does not agree to waive any related fees and costs or malicious prosecution claims.

LEGAL_US_W # 63874480.5

-2-

STIPULATION & PROP. ORDER FOR FILING OF THIRD AMENDED COMPLAINT, AND REMAND TO SANTA CLARA SUPERIOR COURT
CASE NO. 5:09-CV-03479-RMW

3. Live Nation agrees that it will accept a deposition subpoena and a trial subpoena on Tonya Suter's behalf and will make a good faith effort to facilitate Ms. Suter's appearance at deposition and trial, subject to any proper objections to the subpoena.

   a. If Tonya Suter fails to appear at a properly noticed deposition to which she has been subpoenaed, Live Nation agrees to provide her last known contact information to plaintiffs' attorney, which will include, to the extent known by Live Nation, Ms. Suter's date of birth, last known home and business addresses, last known home and cellular telephone numbers, and last known email address.

   b. Further, if Tonya Suter fails to appear at a properly noticed deposition to which she has been subpoenaed, or relocates outside the State of California, Live Nation agrees not to object to an attempt by plaintiffs to join her as an individual defendant. Live Nation does not agree to accept service of a Summons and Complaint on behalf of Ms. Suter.

4. Plaintiffs and Live Nation agree and acknowledge that Live Nation is responsible for the conduct and actions of Tonya Suter that are within the scope and course of her employment, and which are the subject of this lawsuit.

5. Live Nation agrees that it will not object to a future attempt by plaintiffs to join Tonya Suter or Tim Anderson as an individual defendant if Tonya Suter or Tim Anderson answers at deposition either of the following questions in the affirmative:

        a.    Do you believe that minority groups such as African-Americans are not entitled to equal treatment under the law?

        b.    Do you believe that minority groups such as African-Americans are inferior to other non-minority groups?

**D.**    **Proper Defendant**

Plaintiffs and Live Nation agree that Defendant Live Nation Worldwide, Inc. is the proper party to respond to the claims alleged in this action. Live Nation agrees that in the event of a judgment against Defendant Live Nation Worldwide, Inc., it will not raise any objection that Plaintiffs have sued the wrong party or that Live Nation Worldwide, Inc. is not the responsible party to satisfy the judgment.

**E.**    **Jurisdiction and Remand**

1. Live Nation and its counsel acknowledge that Defendant Live Nation Worldwide, Inc. is not incorporated in California. Live Nation and its counsel stipulate and agree that jurisdiction over the Third Amended Complaint in Santa Clara County Superior Court is proper. Live Nation further agrees not to object to a request for remand of this action to Santa Clara County Superior Court, and not to contend that the action is improperly venued in that court.

2. Based on the causes of action alleged in the Third Amended Complaint, the parties and their counsel agree that this action should be remanded to the Santa Clara County Superior Court.

3. So long as no parties to the Third Amended Complaint are added or dropped, at no time during this litigation, including any appellate process, will Live Nation attempt to remove this action to federal court on the basis of diversity of citizenship.

4. Should plaintiffs in the future allege violations of federal law or amend their complaint to include any claims under federal law, this stipulation shall not prevent Live Nation from removing this action to the appropriate federal court on the basis of federal question jurisdiction.

LEGAL_US_W # 63874480.5

-5-

STIPULATION & PROP. ORDER FOR FILING OF THIRD AMENDED COMPLAINT, AND REMAND TO SANTA CLARA SUPERIOR COURT
CASE NO. 5:09-CV-03479-RMW

II. **NO WAIVER OF OBJECTION OR DEFENSE**

In entering into this stipulation, the parties agree that the stipulation is neither intended nor will be construed as a waiver of any objection or defense that Defendants have or could assert against Plaintiffs' Third Amended Complaint or otherwise. This stipulation may be executed in counterpart, and facsimile or PDF signatures shall be deemed to have the same effect as originals.

DATED: February 25, 2010            PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                    MAUREEN E. O'NEILL
                                    OWEN C. FENNERN


                                    By:_____/S/_____
                                              MAUREEN E. O'NEILL

                                    Attorneys for Defendants
                                    Live Nation Worldwide, Inc.,
                                    City of Mountain View, California

DATED: February ____, 2010          LAW OFFICES OF HOWARD MENCHER


                                    BY:_____
                                              HOWARD MENCHER

                                    Attorneys for Plaintiffs
                                    Joyce D. Durham, Joseph D. Browning and Beverly Fair


PURSUANT TO STIPULATION, IT IS SO ORDERED


DATED: xxxxxxx March 4, 2010

                                    _Ronald M. Whyte_____
                                    HONORABLE RONALD M. WHYTE

-6-

LEGAL_US_W # 63874480.5

STIPULATION & PROP. ORDER FOR FILING OF THIRD AMENDED COMPLAINT, AND REMAND TO SANTA CLARA SUPERIOR COURT
CASE NO. 5:09-CV-03479-RMW

## II. NO WAIVER OF OBJECTION OR DEFENSE

In entering into this stipulation, the parties agree that the stipulation is neither intended nor will be construed as a waiver of any objection or defense that Defendants have or could assert against Plaintiffs' Third Amended Complaint or otherwise. This stipulation may be executed in counterpart, and facsimile or PDF signatures shall be deemed to have the same effect as originals.

DATED: February ____, 2010        PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                  MAUREEN E. O'NEILL
                                  OWEN C. FENNERN


                                  By:_____
                                          MAUREEN E. O'NEILL

                                  Attorneys for Defendants
                                  Live Nation Worldwide, Inc.,
                                  City of Mountain View, California

DATED: February 25, 2010          LAW OFFICES OF HOWARD MENCHER

                                  BY:_____
                                          HOWARD MENCHER

                                  Attorneys for Plaintiffs
                                  Joyce D. Durham, Joseph D. Browning and Beverly Fair


PURSUANT TO STIPULATION, IT IS SO ORDERED


DATED: February ____, 2010

                                  _____
                                  HONORABLE RONALD M. WHYTE

-6-

LEGAL_US_W # 63874480.5

STIPULATION & PROP. ORDER FOR FILING OF THIRD AMENDED COMPLAINT,
AND REMAND TO SANTA CLARA SUPERIOR COURT
CASE NO. 5:09-CV-03479-RMW