| | |
|---|---|
| 1<br>2<br>3<br>4 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>MAUREEN E. O'NEILL (SB# 262090)<br>OWEN C. FENNERN (SB# 259917)<br>1117 S. California Avenue<br>Palo Alto, CA  94304-1106<br>Telephone:  (650) 320-1800<br>Facsimile:  (650) 320-1900                   ***E-FILED - 3/4/10*** |
| 5<br>6 | Attorneys for Defendants<br>Live Nation Worldwide, Inc. and<br>City of Mountain View, California |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOYCE D. DURHAM, JOSEPH D. BROWNING, BEVERLY FAIR, individuals, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>LIVE NATION WORLDWIDE, INC., CITY OF MOUNTAIN VIEW, CALIFORNIA,<br><br>            Defendants. | CASE NO. 5:09-CV-03479-RMW<br><br>**JOINT CASE MANAGEMENT STATEMENT, STIPULATION, AND** xxxxxxxxxxx **ORDER TO LIMIT CONTENTS OF JOINT CASE MANAGEMENT STATEMENT AND ENLARGE TIME FOR INITIAL DISCLOSURES AND DISCOVERY PLAN TO LATER DATES** |

LEGAL_US_W # 64020846.1

JOINT CASE MANAGEMENT STATEMENT, STIPULATION,
AND XXXXXXX ORDER TO LIMIT STATEMENT AND ENLARGE TIME
CASE NO. 5:09-CV-03479-RMW

1   The parties are currently scheduled to appear before the Court on March 5, 2010, for an initial case management conference in the above-captioned matter. The parties have stipulated to the filing of plaintiffs' Third Amended Complaint and to remand of the action to Santa Clara County Superior Court. On February 25, 2010, counsel for Defendants e-filed a Stipulation and Proposed Order for Plaintiffs' Filing of Third Amended Complaint, and Remand of Action to Santa Clara County Superior Court.

Therefore, at this time it appears to the parties that there is no basis for the Court's subject matter jurisdiction over plaintiffs' claims. In the interests of judicial economy and to avoid unnecessary expense to the parties pending the anticipated remand of the case to Santa Clara County Superior Court, the parties stipulate to and respectfully request pursuant to Civil Local Rules 6-1(b), 6-2, and 16-9, that the Court order (1) that the contents of this Joint Case Management Statement shall be limited to the issue of the stipulation to the filing of plaintiffs' Third Amended Complaint and to remand of the action to Santa Clara County Superior Court; and (2) that the time and deadlines for filing of the Rule 26(f) Report and Rule 26(a) initial disclosures be enlarged and continued to March 26, 2010.

This is the second enlargement of time sought with respect to the deadlines for the Rule 26(f) Report and Rule 26(a) initial disclosures. On November 24, 2009, counsel for Defendants e-filed a Stipulation and Proposed Order to Enlarge Time to Continue Initial Case Management Conference and Corresponding Deadlines to Later Dates. On December 3, 2009, the Court ordered the continuance of the Initial Case Management Conference to March 5, 2010, and that the Case Management Statement, Rule 26(f) Report, and Rule 26(a) initial disclosures be filed on or before February 26, 2010. Subsequent to the Court's December 3, 2009 order, Plaintiffs obtained new counsel, and the parties engaged in discussions that resulted in the February 25, 2010 Stipulation and Proposed Order for Plaintiffs' Filing of Third Amended Complaint, and Remand of Action to Santa Clara County Superior Court.

LEGAL_US_W # 64020846.1

-2-

JOINT CASE MANAGEMENT STATEMENT, STIPULATION, AND XXXXXXX ORDER TO LIMIT STATEMENT AND ENLARGE TIME
CASE NO. 5:09-CV-03479-RMW

An additional short enlargement of time will allow the parties to await the anticipated remand of this case to Santa Clara County Superior Court, thus preserving judicial economy and avoiding unnecessary expense to the parties in the interim.

This stipulation may be executed in counterpart, and facsimile or PDF signatures shall be deemed to have the same effect as originals.

DATED: February 26, 2010      PAUL, HASTINGS, JANOFSKY & WALKER LLP
                              MAUREEN E. O'NEILL
                              OWEN C. FENNERN


                              By:_____/S/_____
                                         MAUREEN E. O'NEILL

                              Attorneys for Defendants
                              Live Nation Worldwide, Inc.,
                              City of Mountain View, California

DATED: February ____, 2010    LAW OFFICES OF HOWARD MENCHER


                              BY:_____
                                         HOWARD MENCHER

                              Attorneys for Plaintiffs
                              Joyce D. Durham, Joseph D. Browning and Beverly Fair


PURSUANT TO STIPULATION, IT IS SO ORDERED



DATED: February ____, 2010



                              _____
                              HONORABLE RONALD M. WHYTE

-3-

LEGAL_US_W # 64020846.1

JOINT CASE MANAGEMENT STATEMENT, STIPULATION,
AND XXXXXXXX ORDER TO LIMIT STATEMENT AND ENLARGE TIME
CASE NO. 5:09-CV-03479-RMW

1  An additional short enlargement of time will allow the parties to await the
2  anticipated remand of this case to Santa Clara County Superior Court, thus preserving judicial
3  economy and avoiding unnecessary expense to the parties in the interim.

4  This stipulation may be executed in counterpart, and facsimile or PDF signatures
5  shall be deemed to have the same effect as originals.

9  DATED: February ____, 2010        PAUL, HASTINGS, JANOFSKY & WALKER LLP
10                                    MAUREEN E. O'NEILL
                                      OWEN C. FENNERN

12                                    By:_____
13                                           MAUREEN E. O'NEILL

14                                    Attorneys for Defendants
                                      Live Nation Worldwide, Inc.,
15                                    City of Mountain View, California

16  DATED: February 26, 2010          LAW OFFICES OF HOWARD MENCHER
17
18                                    BY:_____
                                             HOWARD MENCHER
19
                                      Attorneys for Plaintiffs
20                                    Joyce D. Durham, Joseph D. Browning and Beverly Fair

21  PURSUANT TO STIPULATION, IT IS SO ORDERED

23           March
24  DATED: xxxxxxx  4  , 2010
25
                                             /s/ Ronald M. Whyte
26                                    HONORABLE RONALD M. WHYTE

27  LEGAL_US_W # 64020846.1                  -3-
                                             JOINT CASE MANAGEMENT STATEMENT, STIPULATION,
28                                           AND xxxxxxx ' ORDER TO LIMIT STATEMENT AND ENLARGE TIME
    CASE NO. 5:09-CV-03479-RMW